UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __4__

------------------------------------------------

Gordon

-v-

Campbell

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-3122__

JUDGE: __KMW__

DATE: __April 18, 2008__

APR 1 8 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------

DOCUMENT DESCRIPTION                                                      DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( X ) Original Record                                ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __18th__ Day of __April__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Gordon*

-v-

*Campbell*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-3122

JUDGE: KMW

DATE: April 18, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed            Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 18th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03122-KMW
### Internal Use Only

Gordon v. Campbell  
Assigned to: Judge Kimba M. Wood  
Case in other court: USDC-NDNY, 9:07-cv-1262 (TJM)  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/27/2008  
Date Terminated: 03/27/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2008 |   | CASE TRANSFERRED IN from the United States District Court - Northern District of New York; Case Number: 9:07-cv-1262 (TJM). Original file certified copy of transfer order and docket entries received.Document filed by Ronald Gordon.(laq) (Entered: 04/01/2008) |
| 03/27/2008 | 1 | ORDER OF DISMISSAL, Accordingly, the petition is dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/27/08) (laq) (Entered: 04/01/2008) |
| 03/27/2008 | 2 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/27/08) (laq) (Entered: 04/01/2008) |
| 03/27/2008 |   | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 04/01/2008) |
| 04/07/2008 | 3 | NOTICE OF APPEAL from 2 Judgment - Sua Sponte (Petition), 1 Order Dismissing Petition. Document filed by Ronald Gordon. (tp) (Entered: 04/17/2008) |
| 04/07/2008 |   | Appeal Remark as to 3 Notice of Appeal filed by Ronald Gordon. $455.00 APPEAL FEE DUE. IFP REVOKED 3/27/08. COA DENIED 3/27/08. (tp) (Entered: 04/17/2008) |
| 04/17/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3 Notice of Appeal. (tp) (Entered: 04/17/2008) |
| 04/17/2008 |   | Transmission of Notice of Appeal to the District Judge re: 3 Notice of Appeal. (tp) (Entered: 04/17/2008) |